IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN ... 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL NO. B-02-391<br>AND<br>CRIMINAL NO. B-02-519 |
| JAVIER ACUNA-CHAVEZ,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, Dkt. No. 38, in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that Defendant's Motion for the Court to Intervene, Dkt. No. 36, is **DENIED,** and Defendant's Request for Clarification of Judgment, Dkt. No. 37, is **DENIED**.

Furthermore, for substantially the same reasons as those outlined in the Magistrate's Report and Recommendation, Defendant's Motion to Court for Error in Judgment and Order that B.O.P. Has Construed, For Oversight and Omission, Pursuant to Rule 36 [sic] is **DENIED**. Dkt. No. 39.

DONE at Brownsville, Texas, this 27th day of January, 2006.

Hilda G. Tagle
United States District Judge